## HENRY ET AL. *v.* GRENWALD ET AL.

[No. 12,818.   Filed April 5, 1927.]

From Marion Municipal Court (853); *Thomas E. Garvin,* Judge; *F. R. Bonifield,* Judge Pro Tem.

Action between William S. Henry and others and Philip Grenwald and others.   From the judgment rendered, the former appeal.   *Affirmed.*   By the court in banc.

*James A. Bryant,* for appellants.

*Frank C. Groninger, Taylor E. Groninger* and *Ella M. Groninger,* for appellees.

PER CURIAM.—Judgment affirmed.

## HEROD *v.* METZGER.

[No. 12,644.   Filed April 5, 1927.]

From Marion Circuit Court (37,234); *Harry O. Chamberlin,* Judge.

Action between William P. Herod and Grace A. Metzger. From the judgment rendered, the former appeals.   *Affirmed.*   By the court in banc.

*Robert K. Eby,* for appellant.

*Charles R. Metzger* and *Pickens, Cox, Conder & Bain,* for appellee.

REMY, J.—Affirmed, on authority of *Groves* v. *Hobbs* (1904), 32 Ind. App. 532, 70 N. E. 279.